FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

2021 JUN 23 AM 9:44
CLERK
SO. DIST. OF GA.

(MI)
Jonathan Milton, Lee

(Enter above full name of plaintiff or plaintiffs)

CV421-186

v.

Sheriff John T. Wilcher
Ofc. J. Miller

(Enter above full name of defendant or defendants)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action? Yes _____ No ✓

If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: ______________________

Defendants: ______________________

2. Court (if federal court, name the district; if state court, name the county):

______________________

3. Docket number: ______________________

4. Name of judge assigned to case: ______________________

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

______________________________

6. Approximate date of filing lawsuit: ______________

7. Approximate date of disposition: ______________

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes _____ No _____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
Yes _____ No ✓

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

Plaintiffs: ______________

Defendants: ______________

2. Court (name the district):

______________________________

3. Docket number: ______________

4. Name of judge assigned to case: ______________

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

______________________________

6. Approximate date of filing lawsuit: ______________

7. Approximate date of disposition: ____________

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes _____ No _____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim? Yes _____ No _____

1. If your answer to C is yes, name the court and docket number for each case:

____________ ____________

____________ ____________

____________ ____________

____________ ____________

II. Place of present confinement: Chatham County Detention Center

A. Is there a prisoner grievance procedure in this institution? Yes ✓ No ____

B. Did you present the facts relating to your complaint to the appropriate grievance committee? Yes ✓ No ____

C. If your answer to B is yes:

1. What steps did you take? I have written Multiple Grievances to administrative Staff and medical Staff informing them about the facts relating to my Complaint. I spoke verbally to administration initially.

2. What was the result? All to no positive avial. Pictures were taken of my injury initially...

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes ✓ No ___

If yes, what was the result? I was told that disciplinary action would be taken against the officer and I would be allowed to see the nurse when I needed. (I've been denied the nurse every time I asked.)

D. If you did not utilize the prison grievance procedure, explain why not: ___

## III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: Jonathan Lee Milton
Address: 1074 Carl Griffin DR.
SAVANNAH, GA 31415

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: Sheriff John T. Wilcher
Position: Sheriff over the Chatham County Detention Center
Place of employment: Chatham County Detention Center
Current address: 1074 Carl Griffin DR. SAVANNAH, GA 31415

C. Additional defendants: CPL. Singleton, administration unit one operations Chatham County Detention Center, 1074 Carl griffin DR.

Ofc. J. Miller Correctional Officer
Chatham County Detention Center
1074 Carl Griffin Drive SAV, GA 31415

IV. Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Please See Attachment

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14 day of June, ~~19~~ 20 21.

Prisoner No. P1063529

Jonathan Milton
(Signature of Plaintiff)

On May 5, 2021 at 10:14pm I was physically assulted by officer J. Miller #0238090 an officer at the Chatham County detention center; this officer placed over my safty and well-being by Sheriff John T. Wilcher; who assured my safty and well-being under all officers care.

Officer J. Miller physically and intentionally threw a soad bottle full of water from the top range in my unit at me, hitting me in the face with it. The bottle hit me in my left eye, I could not keep my eye open at all, I couldnt see out of my eye, I was in instant pain. My eye itself was immediately blood shot red and swelling. The throbbing sensation from the hit brought an instant and lasting head ache. My eye remains swollen and burised to this day. My vision has not returned to this day, I struggle to see out of my left eye.

I immediatley notified CPL Singleton, a CPL appointed by Sheriff John T. Wilcher as administration over the unit I wing. I told him about the incident that happened; that I had been physically assulted, I asked him to see the nurse because of the pain that I was in and the injuries to my face, I showed him my face, my face was swollen, my eye was burised and extreamly red and watery. I told him that I had a really bad head ache and my pain was unbearable. The CPL told me that the nurse was busy and that she would be over. I asked him to speak to the watch commander, (this was my right according to Sheriff protocal) he totally ignored my request, he said he would tell the Sargent, I never saw the Sgt.

At 11:30pm Nurse Rivera Came into the wing and Said She didnt have anything to give me, Saying She didnt have a Steak to give me and walked off laughing.

Nurse Rivera Never examined my eye at all or took any of my concerns Serious, my medical request were neglected and I was told to "put it on the kiosk." I told Cpl. Singleton that I would like for him to document the incident as the Sheriff protocal calls for; He took pictures of my eye & slammed the cell door.

Officers later returned to pull my cellmate RAHIEM Sheppard out trying to convince him to talk me out of pursuing the issue any father.

On May 6th 2021 at 2:55pm I saw Sgt. Kendall a Sargent appointed by Sheriff John T. Wilcher as operations administrator over the unit one wing. I told the SGT about the incident, that I was physically assulted, and requested to see the Nurse. The SGT totally ignored my request, totally ignored the written Sheriff Potocal and denied my medical concerns, I was left in pain without any help.

Upon my many request for medical assistance they have all been denied, I have taken it upon myself to write to the Sheriff informing him of the incident and what Im going through, all my attemps have not been responded to and denied, administration has shown a complete deliberate indifference towards me by having no regard for the written Sheriff Protocal put in place to ensure all inmate's well-being and safty.