Case 4:21-cv-00186-JRH   Document 11   Filed 09/26/22   Page 1 of 2

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JONATHAN MILTON | CV 421-186 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| OFFICER J. MILLER | Complaint and Orders (2) |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Officer J. Miller, Chatham County Detention Center

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1074 Carl Griffin Dr., Savannah, GA 31415

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jonathan Lee Milton (P1003529)
Chatham County Detention Center
1074 Carl Griffin Dr.
Savannah, GA 31415

| Number of process to be served with this Form 285 | 3 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

The Court directs the U.S. Marshal to use reasonable efforts to locate and serve Officer Miller. Officer Miller was working at the Chatham County Detention Center on May 5, 2021. If this information is not sufficient for the Marshal to identify and serve Defendant Miller, Plaintiff will be responsible for providing sufficient information for the Marshal to identify and locate Defendant Miller.

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
John E. Triplett, Clerk of Court
TELEPHONE NUMBER: 706.849.4400
DATE: 06/06/2022

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 3 | District of Origin No. 21 | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date: 6/7/22 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 9/26/22   Time: ___ ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee: 8- | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges: 8- | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |

REMARKS: 6/7/22 - WAIVER MAIL BY CM 7012 1010 0002 1992 3648
6/8/22 - CERT CARD SIGNED BUT NOT LEGIBLE.   7012 1010 0002 1992 432
6/25/22 - CERT MAIL RTN'D UNDELIVERABLE, RESENDING TO LKA PROVIDED TO USMS.
* 9/26/22 - ADDRESSEE UNK AT LKA PROVIDED. NO OTHER INFO AVAILABLE TO LOCATE DEF.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# USPS Tracking®

FAQs >

Tracking Number:	Remove ✕

# 70121010000219924324

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was returned to the sender on August 29, 2022 at 12:32 pm in HINESVILLE, GA 31313 because the addressee was not known at the delivery address noted on the package.

### Alert

Addressee Unknown

HINESVILLE, GA 31313
August 29, 2022, 12:32 pm

### Departed USPS Regional Facility

JACKSONVILLE FL DISTRIBUTION CENTER
August 28, 2022, 5:04 pm

See All Tracking History

**Text & Email Updates**            ⌄

**USPS Tracking Plus®**             ⌄

**Product Information**             ⌄

See Less ︿